IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRUCE N. SAFFRAN, Ph.D., M.D., § § *Plaintiff*, § § v. § § JOHNSON AND JOHNSON, and § CORDIS CORPORATION, § § *Defendants*. § | § § § § CIVIL NO. 2:07-cv-00451 (TJW) § § JURY TRIAL § § § § § |

### ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' INVALIDITY CONTENTIONS AND PRECLUDE RELATING TESTIMONY AND EVIDENCE AT TRIAL

Plaintiff's motion to strike Defendants Johnson & Johnson ("J&J") and Cordis Corporation ("Cordis") Invalidity Contentions is GRANTED. The Court hereby ORDERS that all portions of the Defendants' Invalidity Contentions relating to the invalidity of the claims of U.S. Patent 5,653,760 ("the '760 patent") for obviousness under 35 U.S.C. § 103 is stricken and related evidence and testimony is precluded from trial.

_____

DSMDB-2564215