FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 28 2011

DAVID J. MALAND, CLERK
BY
DEPUTY Ba

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRUCE N. SAFFRAN, M.D., PH.D.,<br>Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-451 (TJW) |
| JOHNSON & JOHNSON and CORDIS CORPORATION,<br>Defendants. | § § § § § | |

# VERDICT FORM

1

**QUESTION NO. 1:**

Do you find that Plaintiff has proven by a preponderance of the evidence that Defendants' Cypher stent product infringes the following claims of U.S. Patent 5,653,760 ("the '760 patent")?

ANSWER "YES" OR "NO" for each claim.

Claim 1:  Yes .
Claim 2:  Yes .
Claim 3:  Yes .
Claim 6:  Yes .
Claim 8:  Yes .
Claim 9:  Yes .
Claim 11: Yes .
Claim 13: Yes .
Claim 15: Yes .
Claim 17: Yes .
Claim 18: Yes .

**QUESTION NO. 2:**

Do you find that Defendants have proven by a preponderance of the evidence that the claims of the '760 patent are invalid because it was obvious in view of the prior art to one of ordinary skill in the art? "YES" means the claim is invalid, and "NO" means the claim is not invalid.

ANSWER "YES" OR "NO" for each claim.

Claim 1:  no .
Claim 2:  no .
Claim 3:  no .
Claim 6:  no .
Claim 8:  no .
Claim 9:  no .
Claim 11: no .
Claim 13: no .
Claim 15: no .
Claim 17: no .
Claim 18: no .

*If you have answered "yes" to any of the claims in question number 1 and "no" to question 2 for any claim that you have answered "yes" to in question number 1, then answer questions 3 AND 4. Otherwise, do not answer the following two questions. The jury foreperson should instead sign and date the Verdict Form and return it to the Security Officer.*

**QUESTION NO. 3:**

Do you find that Plaintiff has proven by clear and convincing evidence that Defendants willfully infringed Plaintiff's '760 patent?

Answer "YES" OR "NO."

Answer: _Yes_.

**QUESTION NO. 4:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff for any infringement you have found?

Answer in dollars and cents for a reasonable royalty.

Answer: _$482,000,000.00_

SIGNED this _28th_ day of January, 2011.