# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

---------------------------------------------------------x
BRUCE N. SAFFRAN, M.D., PH.D.,                :
                                              :
    *Plaintiff*                               :
                                              :   Civil Action No. 2:07-cv-451(MHS)
        v.                                    :
                                              :
JOHNSON & JOHNSON and CORDIS                  :
CORPORATION,                                  :
                                              :
    *Defendants*                              :
---------------------------------------------------------x

## JOINT STATUS REPORT

In accordance with the Court's Order for Status Report, dated July 12, 2013, the parties report that the only issue in this case is the pending bill of costs, filed on July 18, 2013.  D.I. 352. Parties have agreed to the bill of costs.

Dated:  July 18, 2013


Approved as to form and substance:

                                              Respectfully submitted,

                                              */s Richard A. Sayles (with permission)*
                                              Richard A. Sayles
                                              Texas State Bar No. 17697500
                                              dsayles@swtriallaw.com
                                              SAYLES WERBNER
                                              1201 Elm Street
                                              4400 Renaissance Tower
                                              Dallas, Texas 75270
                                              Phone: (214) 939-8700
                                              Fax: (212) 939-8787

                                              *Counsel for Defendants*
                                              *Johnson & Johnson and Cordis Corporation*

                                        Respectfully Submitted,

                                        */s Eric M. Albritton (with permission)*
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for Plaintiff Saffran*