Case 2:07-cv-00451-MHS Document 560 Filed 08/14/13 Page 1 of 3 PageID #: 28233
Case: 12-1043  Document: 156  Filed: 07/08/2013

# United States Court of Appeals for the Federal Circuit

---

**BRUCE N. SAFFRAN, M.D., PH.D.,**
*Plaintiff-Appellee,*

v.

**JOHNSON & JOHNSON and CORDIS CORPORATION,**
*Defendants-Appellants.*

---

2012-1043

---

Appeal from the United States District Court for the Eastern District of Texas in No. 07-CV-0451, Judge T. John Ward.

---

**JUDGMENT**

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

**REVERSED**

ENTERED BY ORDER OF THE COURT

| April 4, 2013 | /s/ Jan Horbaly |
|:-:|:-:|
| Date | Jan Horbaly |
| | Clerk |