IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRUCE N. SAFFRAN, M.D. | § | |
| | § | |
| v. | § | Case No. 2:07-cv-451 |
| | § | |
| JOHNSON & JOHNSON, et al. | § | |

### ORDER CLOSING CASE

Following the Federal Circuit's reversal of the Court's decision in this case, the action was reopened on the Court's active docket. The parties have since represented that the only issue following reversal relates to the bill of costs (Doc. No. 353). That issue has since been resolved (Doc. No. 355).

**As no pending issues remain in this case, the clerk of the court is directed to close the above styled action.**

It is SO ORDERED.

SIGNED this 7th day of January, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE